IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT L. MILLS II,
*individually and on behalf of all*
*others similarly situated*,

        Plaintiff,

v.

                                     Civil Action no. 3:17-cv-48
                                     The Honorable Gina M. Groh

INFOMART, INC.,

        Defendant.

# Notice of Settlement

        Plaintiff, Robert L. Mills II, and Defendant, InfoMart, Inc., hereby inform the Court that the parties in the above-styled action have reached an agreement in principle to resolve this matter in its entirety.  The parties are in the process of finalizing a settlement agreement and anticipate filing a Rule 41(a) dismissal with prejudice within the next week.  The parties therefore respectfully request that all deadlines and hearings be stayed pending the filing of the stipulation of dismissal.

        Dated this day of 18th day of October, 2017.

/s/ Patrick C. Timony                                /s/ John W. Barrett
Patrick C. Timony (WVSB 11717)              John W. Barrett (WVSB 7289)
BOWLES RICE LLP                              Ryan M. Donovan (WVSB 11660)
Post Office Box 1386                          BAILEY & GLASSER LLP
Charleston, West Virginia 25325             209 Capitol Street
Telephone: (304) 347-1768                  Charleston, West Virginia 25301
Facsimile: (304) 347-1746                   Telephone: (304) 345-6555
ptimony@bowlesrice.com                     jbarrett@baileyglasser.com
*Counsel for Defendant*                       *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT L. MILLS II,
*individually and on behalf of all*
*others similarly situated*,

        Plaintiff,

v.

                                    Civil Action no. 3:17-cv-48
                                    The Honorable Gina M. Groh

INFOMART, INC.,

        Defendant.

# Certificate of Service

        I, Patrick C. Timony, do hereby certify that on this **18th day of October, 2017**, I electronically filed the foregoing ***Notice of Settlement*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John W. Barrett
Ryan Donnovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301

Kristi C. Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030

Leonard A. Bennett
Craig C. Marchiando
Consumer Litigation Associates, P.C.
763 Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

                                    /s/ Patrick C. Timony
                                    Patrick C. Timony (WVSB 11717)

9366363.1