# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### Martinsburg Division

| | |
|---|---|
| ROBERT L. MILLS II, *individually and on behalf of all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil No. 3:17-cv-48 |
| INFOMART, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Robert L. Mills, II, et al and Defendant Infomart, Inc., stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees.  Therefore dismissal without a court order is proper.

Respectfully submitted this 24th day of October, 2017.

By: _____/s/_____
Elizabeth Hanes, Esq.
WVSB: 10732
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia  23601
Telephone: (757) 930-3660
Facsimile:  (757) 930-3662
Email: elizabeth@clalegal.com

*Counsel for Plaintiff*

By: _____/s/_____
Patrick Craig Timony, Esq.
WVSB:  11717
Bowles Rice McDavid Graff & Love
Charleston, P.O. Box 1386
600 Quarrier Street
Charleston, West Virginia  25325
Telephone: (304) 347-1752
Facsimile:  (304) 347-1746
Email: ptimony@bowlesrice.com

*Counsel for Infomart, Inc.*